■ IRWIN KLEIN et al., Respondents, v CABINET & CUP-BOARD, INC., Appellant, et al., Defendant. [627 NYS2d 601] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mordue, J. (Appeal from Judgment of Supreme Court, Onondaga County, Mordue, J.— Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ In the Matter of COMMISSIONER OF ERIE COUNTY DE-PARTMENT OF SOCIAL SERVICES, on Behalf of CAROLYN H., Appellant, v WOODROW N., Respondent. [627 NYS2d 608] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Erie County Family Court (Townsend, J.). We note that the court properly concluded that a showing of special circumstances is no longer required in a paternity proceeding before it orders a pretrial examination of the child's mother (see, Matter of Maureen E. O'H. v Nicholas C., 65 AD2d 491; see also, Matter of Commissioner of Social Servs. of City of N. Y. [Denise W.] v Robert M., 68 AD2d 891; Matter of Arlene W. v Robert D., 36 AD2d 455). (Appeal from Order of Erie County Family Court, Townsend, J.—Paternity.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ In the Matter of COMMISSIONER OF ERIE COUNTY DE-PARTMENT OF SOCIAL SERVICES, on Behalf of SANDRA M., Appel-lant, v ALONZO S., Respondent. [627 NYS2d 608] —Order unani-mously affirmed without costs. Same Memorandum as in Matter of Commissioner of Erie County Dept. of Social Servs. (Carolyn H.) v Woodrow N. (214 AD2d 1042 [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Paternity.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID H. RAYMOND, Appellant. (Appeal No. 1.) [627 NYS2d 610] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Escape, 1st Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.